STATE of Missouri, Plaintiff/Respondent,

v.

Lee KIMBLE, Defendant/Appellant.

No. 74166.

Missouri Court of Appeals, Eastern District, Division Four.

April 6, 1999.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J. and GARY M. GAERTNER, J. and RHODES RUSSELL, J.

## ORDER

### PER CURIAM.

Lee Kimble appeals from the judgment and sentence entered upon his conviction by a jury of first degree robbery, Section 569.020 RSMo 1994, and misdemeanor resisting-interfering with arrest, Section 575.150 RSMo 1994.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 30.25(b).

The parties have been furnished with a memorandum for their information only, set-

ting forth the reasons for the order affirming the judgment pursuant to Rule 30.25(b).